CHAPIN WHEELER LLP
Edward D. Chapin, Esq. (SBN: 053287)
Jill M. Sullivan, Esq. (SBN: 185757)
Douglas J. Brown, Esq. (SBN: 248673)
550 West C Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

BAILEY & EHRENBERG PLLC
Jason H. Ehrenberg, Esq. (*Pro Hac Vice Application to be Submitted*)
1155 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Tel: (202) 787-3869
Fax: (202) 318-7071

Attorneys for Defendant/Counterclaimant
MICHELE MCKENZIE-ROGERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. Gallo Winery, as administrator of the E. & J. Gallo Winery Executive Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>Audrey Rogers, Michele McKenzie-Rogers, Mark S. Rogers, Randy Rogers as Administrator of the Estate of Robert G. Rogers,<br><br>Defendants. | Case No.: SACV09-0513 AG (MLGx)<br><br>**PROOF OF SERVICE** |

*E. & J. Gallo Winery, v. Audrey Rogers, et al.*
U.S. District Court, Central District of California Case No.: SACV09-0513 AG (MLGx)

**PROOF OF SERVICE**

I, the undersigned, say that I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 550 West C Street, Suite 2000, San Diego, California 92101. On July 20, 2009, I served the following document(s):

**1. ANSWER AND COUNTERCLAIMS**

to each addressee named hereafter as follows:

**Attorneys for Plaintiff**
**E & J GALLO WINERY**
Caroline Lee Elkin, Esq.
Michael S. Newman, Esq.
Stephen J. Harris, Esq.
PAUL HASTINGS JANOFSKY and WALKER
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6000
Fax: (213) 627-0705

**Attorneys for Defendant**
**RANDY ROGERS**
Suzanne M. Tague, Esq.
Joan J. Bennett, Esq.
MCCORMICK, KIDMAN & BEHRENS, LLP
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Tel: (714) 755-3100
Fax: (714) 755-3110

**Defendant**
**AUDREY A. ROGERS**
400 Clarkson Green Place
Charlotte, NC 28202

**Defendant**
**MARK S. ROGERS**
321 Rochester Street
Costa Mesa, CA 92627

☒ BY ELECTRONIC FILING. I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice, the above-parties were served via CM/ECF.

☒ BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business to the last known address of the person or his/her attorney of record pursuant to Federal Rule of Civil Procedure § 5(b)(2)(B).

☐ BY FAX. In addition to service by mail as set forth above, a copy of said document(s) was/were also delivered by facsimile transmission to the addressees pursuant to Federal Rule of Civil Procedure § 5(b)(2)(D).

☐ BY OVERNIGHT. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

☐ BY PERSONAL SERVICE. I caused to be hand-delivered via messenger said document(s) to the addressee shown above pursuant to Federal Rule of Civil Procedure § 5(b)(2)(A).

☐ BY EMAIL. The document stated herein was transmitted by email and the transmission was reported as complete and without error. A transmission report was properly issued indicating the date and time of receipt of the transmission.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2009.

Cynthia Barron