CHAPIN WHEELER LLP
Edward D. Chapin, Esq. (SBN: 053287)
Jill M. Sullivan, Esq. (SBN: 185757)
Douglas J. Brown, Esq. (SBN: 248673)
550 West C Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

BAILEY & EHRENBERG PLLC
Jason H. Ehrenberg, Esq. (*Pro Hac Vice Application to be Submitted*)
1015 18th Street, N.W., Suite 601
Washington, D.C. 20036
Tel: (202) 331-4051
Fax: (202) 318-7071

Attorneys for Defendant/Counterclaimant
MICHELE MCKENZIE-ROGERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. Gallo Winery, as administrator of the E. & J. Gallo Winery Executive Retirement Plan,<br><br>Plaintiff,<br><br>vs.<br><br>Audrey Rogers, Michele McKenzie-Rogers, Mark S. Rogers, Randy Rogers as Administrator of the Estate of Robert G. Rogers,<br><br>Defendants. | Case No.: SACV09-0513 AG (MLGx)<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

TO THE HONORABLE ANDREW J. GUILDORD OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF, DEFENDANTS AND THEIR COUNSEL OF RECORD:

/////

Pursuant to the United States District Court, Local Rule 7.1.1, Defendant/Counterclaimant MICHELE MCKENZIE-ROGERS hereby submits her Notice of Interested Parties.

The undersigned, counsel of record for Defendant/Counterclaimant, MICHELE MCKENZIE-ROGERS, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff E. & J. Gallo Winery, administrator of the E. & J. Gallo Winery Executive Retirement Plan, a corporation;

2. Defendant Audrey Rogers, an individual;

3. Defendant/Counterclaimant Michele McKenzie-Rogers, as individual;

4. Defendant Mark S. Rogers, an individual; and

5. Defendant Randolph G. Rogers as Executor of the Estate of Robert G. Rogers, an individual.

DATED: July __, 2009

CHAPIN WHEELER LLP

By: /S/ Douglas J. Brown
Attorney for Defendant/Counterclaimant
MICHELE MCKENZIE-ROGERS