UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, ET AL. See Attachment<br>Plaintiffs,<br>v.<br>AUDREY ROGERS, ET AL. Defendants, see attachment | CASE NUMBER<br>SACV09-0513 AG (MLGx) |
| MICHELE MCKENZIE-ROGERS, ET AL., see attachment<br>Cross-Claimant<br>v.<br>AUDREY ROGERS, ET AL., Cross-Defendants see attachments | **SUMMONS**<br>ON CROSS-COMPLAINT |

TO: CROSS-DEFENDANT(S): AUDREY ROGERS AND RANDY ROGERS, as Administrator of the Estate of Robert G. Rogers

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ ____________ amended complaint ☐ counterclaim ☒ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Douglas J. Brown, whose address is 550 West C Street, Suite 2000, San Diego, CA 92101. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FOR OFFICE USE ONLY

Clerk, U.S. District Court

Dated: OCT 15 2009

By: ROLLS ROYCE PASCHAL
Deputy Clerk

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1144

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

CHAPIN WHEELER LLP
Douglas J. Brown, Esq. (SBN: 248673)
550 West C Street, Suite 2000
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

BAILEY & EHRENBERG PLLC
Jason H. Ehrenberg, Esq. (*Pro Hac Vice Application to be Submitted*)
1015 18th Street, N.W., Suite 601
Washington, D.C. 20036
Tel: (202) 331-4051
Fax: (202) 318-7071

Attorneys for Defendant/Cross-Claimant
MICHELE MCKENZIE-ROGERS

FILED
2009 OCT 13 PM 4:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

FOR OFFICE USE ONLY

BY FAX

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E. & J. Gallo Winery, as administrator of the E. & J. Gallo Winery Executive Retirement Plan,

Plaintiff,

vs.

Audrey Rogers, Michele McKenzie-Rogers, Mark S. Rogers, Randy Rogers as Administrator of the Estate of Robert G. Rogers,

Defendants.

Michele McKenzie-Rogers,

Cross-Claimant,

vs.

Audrey Rogers and Randy Rogers, as Administrator of the Estate of Robert G. Rogers,

Cross-Defendants

Case No.: SACV09-0513 AG (MLGx)

**CROSS-COMPLAINT AGAINST DEFENDANTS AUDREY ROGERS AND RANDY ROGERS, AS ADMINISTRATOR OF THE ESTATE OF ROBERT G. ROGERS**

FOR OFFICE USE ONLY