UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 09-0513-DMG (MLGx) | Date | May 9, 2012 |
|---|---|---|---|

| Title | E & J Gallo Winery v. Audrey Rogers, et al. | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY FUNDS SHOULD NOT BE DISBURSED PURSUANT TO PROPOSED ORDER SUBMITTED IN CONNECTION WITH STATUS REPORT FILED ON MAY 4, 2012 [Doc. # 108]**

On May 5, 2012, Randy Rogers and Mark S. Rogers filed a Status Report and Notice of Ruling Re: Unadjudicated Asset in Family Law Proceeding; Request to Reopen Case and For an Order to Disburse Balance of Funds Held in Interpleader Action [Doc. # 108] and submitted a proposed order for disbursement of the funds. The parties are ORDERED to show cause in writing by May 23, 2012 why this Court should not issue the proposed order for disbursement of the funds. Failure to file any response by May 22, 2012 shall be deemed consent to the proposed order.

IT IS SO ORDERED.